UNITED STATES:
For the district of Vermont.

V.S.

Christopher M. Main

FILED
IN CLERK'S OFFICE

2005 MAR 25 P 12: 21

Docket # 1: 98 cr 62-02
DISTRICT COURT
DISTRICT OF MASS.

MBD05-30012-MAP

## Affidavit to Show Bias
### of presiding Vt Federal Judge

   This is a formal request to an unbiased Ct within the
1st Circuit to accept, hear & decide on my §2255 motion
with which I cannot file in the Vt. Federal Ct where
I was convicted & sentenced because of the statewide bias
that exists there. I wish to evoke a decision from the
1st Circuit Court of Appeals which has held that a judge
other than the trial judge should rule on a §2255
motion. See Halliday V. United States, 380 F.2d 270
(1st Circuit, 1967).

   The following events leading up to my conviction
& sentencing are mostly documented in my §2255
motion & support my contention that the Vt Ct.
System & presiding judge have shown enough bias in
My case as to render my chances of my §2255
motion to ever be heard fairly & liberally an
impossibility. I prey that this court & your honor
will hear & construe my §2255 motion with
The attention it deserves & see the injustice portrayed.

1.) I was indicted in June of 1998 & the Ct appointed as my counsel a Cindy Hill (Whom I never applied For). Over the following year Mrs. Hill misrepresented, Coered & lied to me on several crucial issues which resulted in my accepting an unintelligent & unknowing plea bargain. Mrs. Hill was also Campaigning for the VT. Attorney Generals office, using a "Tough on Drugs" platform & I was never advised of this fact, This as shown was a sure conflict. The presiding Federal Judge was later informed of those issues in sworn affidavits & in my direct appeal yet he Continviously denied all my motions, even my motion for a Simple Evidentary hearing so that I could prove my claims had merit. The 2nd Circuit Court of Appeals eventually overturned my Convicted partly on Judge Murthas' mistakes during the preceedings leading to my Conviction in 1999. Durning this time & in my appeals I pointed out that the Federal Gov Star witness Timothy Cole has lied durning his Grand Jury testimony & Even admitted to such. It didn't matter because I was still allowed to be reindicted in Oct of 2004.

2.) My original Plea agreement called for a 14 Year Sentence but after my motions for reversal & hearings where denied I was given a 27 Year Sentence & at the End of Said Sentinging in Aug 2001 Judge Murtha made what I took as a derogitery statement. He Said Something to the Effect that "Mr. Main it appears that you have managed to take a fair/Good Sentence of 14 Years & turned it into a much worse Sentence due to your filing of these plea reversal motions". It wasn't So much what he said it was how he said it with a touch of Sarcasim that Stung Me & I believe that Showed Bias in My Case.

Judge Murtha did this despite my Arguments & objections to the P.S.R. & offense level given me which I still contend are wholly erroneous & unsupported. There was also the issue of how there was an original more Favorable P.S.R. that was summitted to the Ct in Sept of 2000 & then replaced outside of proper procedure (My Counsel Beth Mann & I were never notified) & The Final P.S.R. Was snuck in with a much higher offense level & despite my objections at the time Murtha allowed it to stand. Then based the New P.S.R as a Basis For The 27 YEAR Sentence.

3.) Even to this date that revised & unsubstantiated P.S.R. has been used to mislead the Judge into Sentencing me more harshly that what is necessary. See Exhibit 22 in My §.2255 motion. It is clear From this document the the Prosecuters office & Probation office Failed to do due-diligence in correcting my P.S.R. because they didn't want the Judge to get Upset & Wondering Why that P.S.R. was allowed to go in Front of him during the original Sentencing in 2001. This lack of desire & Cover Up is a prejudical Element and with the Judge Seeing the Original Unsubstantiated P.S.R. Prior to this most recent Sentence Bias him, iF even it was beyond his Control, I made the arguements & objections to The P.S.R. but Murtha still relied upon it to justfy the Current punishment. He made Several statements during my Sentencing that according to the P.S.R. & The Sentences of the other Co-Conspiraters that the Sentence given Me was Fair & Justifiable. My Contention is that the incorrect P.S.R. had the overwhelming effect on The Judge to Give Me 7 more years even though Ive done 7 year

(4)

4.) The Disparity between the original 27 years & now the 7 year current Sentence & the Fact that I was back in Front of the Same Judge whom I had to prove in the 2nd Circuit Court of appeals errored in my 1st Conviction of 1999 simply had to have created Some bias or some conflict to be heard more liberally & impartially as I should be by a new Judge. I contend with all that happened in this Case & in Front of Judge Murtha that he has been given inaccurate & unsupported Evidence concerning my conduct & Character that he cannot help to be at least Somewhat Biased in this Case.

5.) Why would The Prosecution agree to my accepting a plea where I was involved with 5 grams of Crack Cocaine yet The Judge gets a P.S.R. That stipulates Over 50 Grams of Crack Cocaine. The Judge simply relied more on The Erroneous P.S.R Than the Plea Agreement. WHY?

6.) I was told by 2 of My attorneys that Judge Murtha & The Prosecutors had on several occassions said that they Felt I was manipulating the System with all my plea-reversal & other Motions. These Statements allow should show the bias & mindset of My accussers when all I was doing is evoking my constitutional rights by Filing Said Motions.

7.) In May 2001 Judge Murtha, durning a Motion For New Counsel told Me in open ct & on the record that if I Could not Work with my then Counsel Amy Seidmen. That he would Not allow Me New Counsel & that I

would have to proceed to Sentencing pro-se. This although my appeal to the Court was that for Months on end I could not get Amy Seidman to even discuss or talk with me in any way to file My plea reversal motions. I was Stunned & forced to keep Amy Seidman & as the record Shows in My direct Appeal She greatly sabotaged & affected my defense.

8.) In Aug of 2001 when I was given 27 years every Major Paper in Vt ran a Slanderous & libelious Article of my Sentencing that were manipulated by the Prosecutors & on Certain issues outright liss. For instance in that 2001 Articles it was written that I was a Convicted arsonist, when of course I have never been tried of Convicted of Arson. In the Feb 24, 2005 Papers the Prosecutors are even more slanderous. Here they say I am an "admitted Arsonist" when I have never ever been asked nor admitted such Statement. They also im-plicate me in the Overdose death of a Gary Colvin. 2 notes here theres Zero testimony that implicates Me with Mr. Colvi & 2nd Mr Colvin did not die of a drug overdose (Yet they still portray such after 10 Years) he died of affixiation from a Piece of Plastic being forced into his throat, This is a major Part of My §2255 Motion about how this man was Murdered & The local athorities had a different agenda & mislead the Public & the Family & let the Murders wal So they could blame it on drugs instead. Also in this Article they implicate me in the O.d & Coma of an Erin Kennedy with whom I've never met, In my §2255 motion is abundantly Clear that I had absolutely noth ing to do with that O.D. Yet I'm portrayed is Such a Manner

The Prosecutors insist on Showing their bias against me in the local Media to the Point of Fabricating Several things about me & as can be Seen they once again point out that I'm still Facing Several Charges From 1997 in Bennington Dist Ct but Fail in explaining that it's their Fault that they have never brought Me to Face those charges & they Fail to point out how all these charges where brought onto me From a Sole witness by the Name of Timothy Cole & how he's perjured himself in Every deposition & Grand Jury appearance he's made & how he was a registered Sex offender & Was Protected by the State & the Fed Gov & how that protection enabled him to commit a rape on an innocent 18 Year old Women. All this is documented in My §2255 Motion & The Fact that I'm Even Filing this in the 1st Circuit Will Create more bias & Conflict & I Prey that Your Honor Will accept & hear my Motion.

.I wish to let the Court know that due to my incarceration & pending transferral to the Fed B.O.P. that I Cannot File the Supportive documents with this Motion because they have all been Sent home. The Majority will Come Forth in My §2255 Motion but I darn not Send it not Knowing if You'll accept it or Not. So my indecisiveness is genuine. I have just become aware that I needed to Show Bias to have you hear My Motion I was informed I had to File in the jurisdiction where I'm housed. There are No law books here & I've struggled to Put this & my 2255 together in this atmosphere I only prey that this is adequate For Your Honor to accept my 2255 Motion & to review it Fairly & liberally as I'm pro-se. Under penalty of Perjury I declare that the Foregoing is as accurate as can be. Sincerely, Chris Main
2 · 14 · 05